UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ, | No. 2:23-cv-01218 SCR P |
| Plaintiff, | |
| v. | ORDER |
| TARRANT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, proceeds without counsel with a civil rights complaint under 42 U.S.C. § 1983. On September 5, 2024, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to opt out (ECF No. 26) is granted and the ADR stay of this action is lifted;

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated: September 13, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE