UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ, | No. 2:23-cv-01218 SCR P |
| Plaintiff, | |
| v. | ORDER |
| TARRANT, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with claims under 42 U.S.C. § 1983. The court's discovery and scheduling order ("DSO") in this matter set a discovery cutoff of February 7, 2025. (ECF No. 31.) On February 14, 2025, plaintiff informed the court and defendants that he did not receive the DSO until February 7, 2025. (ECF No. 36.) The court construed the filing as a motion to modify the DSO and concluded that plaintiff's delayed receipt appeared to result from a prison transfer.

    The court then ordered defendants to file a statement of non-opposition or objections to modifying the DSO. (ECF No. 37.) Defendants argue there is no good cause to extend the discovery deadline because the DSO appears to have been served before Plaintiff moved to a different prison. However, should the Court nonetheless be inclined to modify the DSO, defendants propose a discovery deadline of May 23, 2025, and a dispositive motion deadline of July 18, 2025. (ECF No. 38.)

For good cause shown, the court will extend the discovery deadline to May 23, 2025, and the dispositive motion deadline to July 18, 2025. Plaintiff is advised that the court will not consider future requests to modify the DSO absent a <u>detailed</u> showing of plaintiff's diligence in obtaining discovery within the guidelines established by this court and some additional circumstance(s) constituting good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the discovery and scheduling order (ECF No. 36) is granted.
2. The parties may conduct discovery until May 23, 2025.
3. All pretrial motions, except motions to compel discovery, shall be filed on or before July 18, 2025.
4. In all other respects, the terms of the discovery and scheduling order issued on October 16, 2024 (ECF No. 31) remain in effect.

DATED: March 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE