UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ, | No. 2:23-cv-01218 SCR P |
| Plaintiff, | |
| v. | ORDER |
| TARRANT, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The initial discovery and scheduling order ("DSO") in this action set a discovery deadline of February 7, 2025, and a dispositive motion deadline of May 2, 2025. (ECF No. 31.) On March 17, 2025, the undersigned granted plaintiff's motion to modify the DSO and extended the discovery deadline to May 23, 2025, and the dispositive motion deadline to July 18, 2025. (ECF No. 39.)

      On June 2, 2025, plaintiff filed a notice regarding discovery. (ECF No. 40.) Plaintiff states that he propounded discovery on defendants' counsel sometime in February 2025. (Id. at 1.) When he did not receive a response, he resent the requests to defendants' counsel on April 6, 2025. The documents "never came back as a wrong address or return to sender." (Id.) Attached to the notice is the eleven-page discovery request signed and dated by plaintiff on April 6, 2025. (Id. at 5-16.) Plaintiff asks the court to inquire "why [defense] counsel has not provided any

response to my requests." (Id. at 3.)

The undersigned construes plaintiff's notice as a motion to compel discovery responses. See Fed. R. Civ. P. 37. Therefore, the undersigned will need to hear from defendants regarding their nonresponse to plaintiff's discovery, including whether they ever received the requests at issue and, if not, whether defendants need additional time to properly consider the requests and respond.

Accordingly, IT IS HEREBY ORDERED:

1. Within twenty-one (21) days of this order, defendants shall file a response to plaintiff's discovery notice. Local Rule 230(*l*).

2. Plaintiff may submit a reply not more than fourteen (14) days after defendants' response has been filed. (Id.)

DATED: June 12, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE