UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ, | No. 2:23-cv-01218 SCR P |
| Plaintiff, | |
| v. | ORDER |
| TARRANT, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The deadline to file pretrial motions expired on July 18, 2025, without either party filing a dispositive motion.

    Before setting this action for trial, the undersigned notes that not all parties have returned the form indicating whether they consent to have the assigned Magistrate Judge conduct all further proceedings and enter judgment in this case pursuant to 28 U.S.C. § 636(c). By order dated April 19, 2024, defendants were served with a copy of the form Consent to Proceed, but none of them returned it. (ECF No. 19.) Plaintiff has filed a consent form. (ECF No. 5.) If all parties to a case consent, then a District Judge will be assigned to consider whether to approve the consent. Once the District Judge accepts, then the Magistrate Judge determines whether to accept jurisdiction over all dispositive matters by consent, including whether any conflicts or bases for recusal exist.

The Magistrate Judge consent process can help bring about the "just, speedy, and inexpensive determination" of federal cases. Fed. R. Civ. P. 1. Just as with a judgment issued by a District Judge, a judgment issued by a Magistrate Judge to whom the parties in a civil case have consented is appealable directly to the Ninth Circuit Court of Appeals. 28 U.S.C. § 636(c)(3).

The parties are advised that they are free to withhold consent without any adverse substantive consequences to their case. Fed. R. Civ. P. 73(b)(2). If all parties do not consent, the Clerk of the Court will randomly assign a District Judge and the undersigned will issue a further scheduling order in due course.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send the form Consent to Proceed before a United States Magistrate Judge to the parties in this action.

2. Any party who has not yet submitted the consent form is directed to return one to the court within 14 days from the date of this order.

DATED: August 29, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE