UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>TARRANT, et al.,<br><br>Defendants. | No.  2:23-cv-01218 DAD SCR P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  Neither party moved for summary judgment prior to the July 18, 2025, dispositive motion deadline.  The undersigned finds that this case will now benefit from a settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The case is **referred to Magistrate Judge Chi Soo Kim to conduct a settlement conference via Zoom video conference on November 3, 2025, from 10:00 a.m. to 2:00 p.m.**

2. Instructions for the settlement conference and an order and a writ of habeas corpus ad testificandum will issue separately in due course.

/////

/////

/////

3. The action is hereby stayed to allow the parties an opportunity to settle their dispute. In the event the settlement conference does not result in a settlement, within 30 days the court will issue a further scheduling order that includes a lift of the stay.

DATED: October 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE